**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Marion Clarence COOPER, a/k/a James Williams, a/k/a Fatty Watty, a/k/a Gary Tyrone Capers, a/k/a Henry Colbert, a/k/a Craig Williams, Defendant–Appellant.**

No. 13–6867.

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 22, 2013.

Decided: Aug. 27, 2013.

Marion Clarence Cooper, Appellant Pro Se. Peter Thomas Phillips, Assistant United States Attorney, Charleston, South Carolina, for Appellee.

Before MOTZ, DIAZ, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marion Clarence Cooper appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion for a sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Cooper*, No. 9:95–cr–00163–SB–1 (D.S.C. May 13, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*